ANTHONY CAMPANALE, an Infant over the Age of Fourteen Years, by His Guardian ad Litem, ANNUNZIATA CAMPANALE, and ANNUNZIATA CAMPANALE, Amended to Read ANTHONY CAMPANALE, Respondents, v. WILLIAM JENNINGS and JOSEPH JENNINGS, Appellants, and Others, Defendants.— In an action to

recover damages for personal injuries and for expenses and loss of services as a result of appellant's negligence in the operation of an automobile, judgment unanimously affirmed, with costs. No opinion. Appeal from order denying defendants' motion for a new trial dismissed. There is no order printed in the record. Present — Hagarty, Carswell, Davis, Johnston and Taylor, JJ.